

## FINANCIAL STATEMENTS - BOOK VALUE BASIS (Unaudited)

### BALANCE SHEET
*As of November 30, 2024*

| | | |
|---|---|---:|
| **ASSETS** | | |
| | Cash | $ - |
| | Accounts receivable | $ - |
| | Oil & gas leases & equipment, net | $ 2,284,793 |
| | Furniture fixtures & equipment, net | $ 4,670 |
| | Asset retirement obligation, net | $ 201,660 |
| **TOTAL ASSETS** | | $ 2,491,123 |
| **LIABILITIES & EQUITY** | | |
| | Accounts payable & accrued expenses | $ 264,065 |
| | Royalties Payable | $ 492,911 |
| | Notes Payable | $ 383,119 |
| | Judgements, fines & penalties payable | $ 23,292,516 |
| | Taxes payable | $ 189,500 |
| **TOTAL LIABILITIES** | | $ 24,622,111 |
| **EQUITY** | | |
| | Common Stock | $ 1 |
| | Additional Paid-in Capital | $ 640,488 |
| | Capital - other | $ - |
| | Retained Earnings | $ (22,771,477) |
| | CY Profit/Loss | $ - |
| **TOTAL LIABILITIES & EQUITY** | | $ 2,491,123 |

### INCOME STATEMENT
*For the Period Ended: November 30, 2024*

| | | |
|---|---|---:|
| **REVENUE** | | |
| | Revenue - oil & gas production & services | $ - |
| | Revenue - other | $ - |
| **TOTAL REVENUE** | | $ - |
| **COST OF SALES** | | |
| | Lease Operating Expense | $ - |
| | Repairs & Maintenance | $ - |
| | Workover Expense | $ - |
| | Production Taxes | $ - |
| **TOTAL COST OF SALES** | | $ - |
| **GROSS PROFIT** | | $ - |
| **EXPENSES** | | |
| | Operating expenses | $ - |
| | Office Expense | $ - |
| | Management Fees | $ - |
| | Professional Fees | $ - |
| | Information Technology | $ - |
| | Depreciation & Depletion | $ - |
| | Taxes | $ - |
| | Interest Expense | $ - |
| **TOTAL EXPENSES** | | $ - |
| **NET INCOME/(LOSS)** | | $ - |

### CASH FLOW STATEMENT
*For the Period Ended: November 30, 2024*

| | | |
|---|---|---:|
| **NET INCOME/(LOSS)** | | $ - |
| **ADD:** | | |
| | Depreciation & Depletion | $ - |
| | Changes in Accounts receivable | $ - |
| | Changes in Accounts receivable | $ - |
| | Changes in Taxes payable (real estate taxes) | $ - |
| | Changes in Judgements, fines & penalties payable | $ - |
| | Changes in Royalties payable | $ - |
| **CASH FLOWS FROM OPERATING ACTIVITIES** | | $ - |
| **CASH FLOWS FROM INVESTING ACTIVITIES** | | |
| | (Purchase) disposition of furniture, vehicles or equip. | $ - |
| | Changes in Royalties payable | $ - |
| | Changes in Common Stock | $ - |
| | Changes in Additional Paiid-in Capital | $ - |
| | Changes in Capital - other | $ - |
| **TOTAL CASH FLOW FROM INVESTING ACTIVITES** | | $ - |
| **CASH FLOWS FROM FINNCING ACTIVITIES** | | |
| | Changes in Notes payable | $ - |
| **TOTAL CASH FLOW FROM FNANCING ACTIVITES** | | $ - |
| **TOTAL CASH FOWS** | | $ - |
| | BEGINNING CASH | $ - |
| | ENDING CASH | $ - |

C:\Users\jcarr\ND Office Echo\VAULT-C9SL7ZTY\[Omimex FS - Nov 2024 4898-6035-9175 v.1.xlsx]CFS